publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

25. Plaintiff's evidence establishes that Defendant is a habitual and persistent BitTorrent user and copyright infringer.

### Miscellaneous

26. All conditions precedent to bringing this action have occurred or been waived.

27. Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Defendant

28. The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29. Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30. By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31. Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

32. As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A) Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B) Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C) Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the

works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D) Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33. Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A) Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B) Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C) Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D) Award Plaintiff statutory damages per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E) Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F) Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: *Jacqueline M. James*

Jacqueline M. James, Esq. (1845)
The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

File Hashes for IP Address 100.2.142.121

**ISP:** Verizon FiOS
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/30/2014 21:15:42 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 09/30/2014 20:52:58 | 0654180ACB175B2709D6C9C85054C3343C12ABE3 | Nice And Slow |
| 09/25/2014 22:16:10 | 5DDEBBBBF069FD71FE3398C69E55005F5080DA9C | Sparks |
| 09/25/2014 13:11:18 | D6D446D5F1C44131E41BD572F94355C413780FF4 | Elevated Erotica |
| 09/23/2014 22:55:53 | 2C396EC0DC6AA83993269A640A766BE2ED0BC62E | Fascination With My Body |
| 09/23/2014 22:34:51 | 1D7EBB28EBBAA7246C24D1D1A41AB305296DA7CB | Coming Late |
| 09/23/2014 22:27:53 | 0B17C5D78E3337FFFBE9F527F6339CEE0C5449CA | Lovers Way |
| 09/23/2014 22:23:39 | 53C0560968AB817E6EA16C77416664648A99CB2A | Sexy En Noir |
| 09/23/2014 22:13:27 | BA520353294B63286016D681522CA0713F431B27 | Lisas Hidden Cam |
| 09/23/2014 22:13:12 | 86885B124BB86A5B3479A9778E00F422D9AB4303 | Shes A Spinner |
| 08/13/2014 20:57:50 | 4A3876525AACCF6C44E3F633BC9C81E467268C2F | Be With Me |
| 06/03/2014 23:03:36 | 91D22A6F66495928D68FE6EFE63FC676FD6AC763 | Hot Orgasm |
| 06/03/2014 22:25:19 | 0E4E93681E936F6511F653B7EAE0DD9E2CDCF037 | Photo Finish |
| 05/30/2014 20:00:00 | 98A06957366218C460D13E4DC613D7FF5B3FA91F | Blindfold Me and Tie Me Up |
| 05/29/2014 21:04:43 | AD6C1AD8FCBA53716EA0396B4FB289EDAC788DF6 | From Three to Four |
| 05/29/2014 20:53:36 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 05/29/2014 20:47:50 | 5FD72C74287630FC37D0C486517696DD1548598B | In My Living Room |
| 05/29/2014 20:07:12 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/29/2014 20:01:39 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 05/29/2014 19:30:05 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 05/29/2014 19:14:05 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 05/17/2014 23:58:33 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |

EXHIBIT A

SNY4