| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/23/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 09/23/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/16/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 12/10/2013 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 09/30/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 12/10/2013 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/29/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 06/03/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 12/10/2013 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 05/17/2014 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 09/23/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/23/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/25/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/17/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 12/10/2013 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/29/2014 |

Total Malibu Media, LLC Copyrights Infringed: 37

EXHIBIT B

SNY4