**File Hashes for IP Address 100.2.142.121**

**ISP:** Verizon FiOS
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/30/2014 21:15:42 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 09/30/2014 20:52:58 | 0654180ACB175B2709D6C9C85054C3343C12ABE3 | Nice And Slow |
| 09/25/2014 22:16:10 | 5DDEBBBBF069FD71FE3398C69E55005F5080DA9C | Sparks |
| 09/25/2014 13:11:18 | D6D446D5F1C44131E41BD572F94355C413780FF4 | Elevated Erotica |
| 09/23/2014 22:55:53 | 2C396EC0DC6AA83993269A640A766BE2ED0BC62E | Fascination With My Body |
| 09/23/2014 22:34:51 | 1D7EBB28EBBAA7246C24D1D1A41AB305296DA7CB | Coming Late |
| 09/23/2014 22:27:53 | 0B17C5D78E3337FFFBE9F527F6339CEE0C5449CA | Lovers Way |
| 09/23/2014 22:23:39 | 53C0560968AB817E6EA16C77416664648A99CB2A | Sexy En Noir |
| 09/23/2014 22:13:27 | BA520353294B63286016D681522CA0713F431B27 | Lisas Hidden Cam |
| 09/23/2014 22:13:12 | 86885B124BB86A5B3479A9778E00F422D9AB4303 | Shes A Spinner |
| 08/13/2014 20:57:50 | 4A3876525AACCF6C44E3F633BC9C81E467268C2F | Be With Me |
| 06/03/2014 23:03:36 | 91D22A6F66495928D68FE6EFE63FC676FD6AC763 | Hot Orgasm |
| 06/03/2014 22:25:19 | 0E4E93681E936F6511F653B7EAE0DD9E2CDCF037 | Photo Finish |
| 05/30/2014 20:00:00 | 98A06957366218C460D13E4DC613D7FF5B3FA91F | Blindfold Me and Tie Me Up |
| 05/29/2014 21:04:43 | AD6C1AD8FCBA53716EA0396B4FB289EDAC788DF6 | From Three to Four |
| 05/29/2014 20:53:36 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 05/29/2014 20:47:50 | 5FD72C74287630FC37D0C486517696DD1548598B | In My Living Room |
| 05/29/2014 20:07:12 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/29/2014 20:01:39 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 05/29/2014 19:30:05 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 05/29/2014 19:14:05 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 05/17/2014 23:58:33 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/17/2014 23:52:44 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 05/17/2014 23:43:28 | F734BD2F952A894FB950CC8FA7BBDBF09FED590B | Feeling Frisky |
| 05/17/2014 23:31:29 | 80A3176D85D32C18D0A990E2AA11CDCF68AA625D | Catching Up |
| 05/17/2014 23:09:16 | BAA02D43CF3C2D655E369C68C084D36F93D64DE8 | I Want You To Watch Me |
| 05/17/2014 22:58:36 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 01/16/2014 22:31:12 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/10/2013 23:20:09 | FF6A138ED3DF59CC05CF8466BAA284AF9F4FABBD | High School Dropouts |
| 12/10/2013 23:15:08 | A061865A1C1C3E0D655BA86E97532DA0EB2D4B8F | All Tied Up |
| 12/10/2013 23:09:43 | 929574ED3540FD51AF15F09BD08CA1C76A0E36EE | This Really Happened |
| 12/10/2013 23:08:46 | 060634C1E455CDDC5C2CAF4BFEB3CDE147B18472 | Going Strong |
| 12/10/2013 23:08:30 | 5D176A3BD0DD8A9FF1B66CDC3589BF32640DBF8E | Blindfold Me Part #2 |
| 12/10/2013 23:05:44 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 12/10/2013 23:02:42 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 12/10/2013 22:57:22 | D0F9DB5218864AFDC395504DDF15862406E393FD | Pool Party For Three |
| 12/10/2013 22:49:40 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A