**Copyrights-In-Suit for IP Address 100.2.142.121**

**ISP:** Verizon FiOS
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 12/10/2013 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/13/2014 |
| Blindfold Me and Tie Me Up | PA0001867888 | 11/01/2013 | 11/03/2013 | 05/30/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 12/10/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 05/17/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 09/23/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 09/25/2014 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 09/23/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 05/17/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 05/29/2014 |
| Fucking Goddesses | PA0001916051 | 09/30/2014 | 10/06/2014 | 09/30/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 12/10/2013 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/29/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 12/10/2013 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 06/03/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 12/10/2013 |
| I Want You To Watch Me | PA0001892179 | 04/23/2014 | 04/29/2014 | 05/17/2014 |
| In My Living Room | PA0001895088 | 05/01/2014 | 05/12/2014 | 05/29/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 05/17/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 05/29/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/29/2014 |

EXHIBIT B

SNY4

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/23/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 09/23/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/16/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 12/10/2013 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 09/30/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 12/10/2013 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/29/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 06/03/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 12/10/2013 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 05/17/2014 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 09/23/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/23/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/25/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/17/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 12/10/2013 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/29/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  37**

EXHIBIT B

SNY4