Case 1:14-cv-08904-SAS   Document 14   Filed 04/13/15   Page 1 of 2

# JACQUELINE M. JAMES, ESQ.

| | |
|---|---|
| The James Law Firm | T: (914) 358 6423 |
| 445 Hamilton Avenue | F: (914) 358 6424 |
| Suite 1102 | jjameslaw@optonline.net |
| White Plains, NY 10601 | jacquelinejameslaw.com |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/15
```

April 13, 2015

The Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

*Re: 14 Civ. 1:14-cv- 08904-SAS Plaintiff's Second Letter Motion for Extension of Time Within Which to Effectuate Service on John Doe*

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve John Doe Defendant with a Summons and Amended Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On December 9, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identifying information [D.E. #8]. Plaintiff issued the subpoena on or about December 11, 2014, and received the ISP's response on February 27, 2015.

3. On March 9, 2015 Plaintiff filed a letter motion addressed to Judge Vincent L. Briccetti requesting an extension of time within which to effectuate service on John Doe. D.E. #9.

4. On March 10, 2015 this case was reassigned you the Honorable Shira A. Scheindlin.

5. On March 31. 2015 Plaintiff filed the Amended complaint naming the Defendant and requesting a summons be issued. D.E.# 11 & 12. The summons was issued on March 31, 2015.

6. Pursuant to Rule 4 (m), Plaintiff was required to effectuate service on the Defendant by no later than, March 7, 2015. Given the time that accrued in receiving the Defendant name from the internet service provider, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Amended Complaint on the Defendant be extended (30) days or until May 14, 2015.

7. Plaintiff is ready to serve the amended complaint and summons once this Court grants Plaintiff leave to serve the complaint and summons.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Defendant be extended until May 14, 2015.

*[Handwritten note: The Clerk of Court is directed to close motion (Docket #9) and strike Docket #10 from the docket.]*

Date: April 13, 2015.

*[Handwritten order: Request granted. Plaintiff may have until May 14, 2015 to serve the Amended Complaint. So Ordered. SAS USDJ 4/13/15]*

Respectfully submitted,

By:
*Jacqueline M. James*
*Attorneys for Plaintiff*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601   T:
914-358-6423